# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON BELTRAN-SANDOVAL,<br><br>Defendant. | Case No.: 12-CR-2566-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 60] |

Upon motion of the United States of America, good cause appearing, the Court hereby **DISMISSES** the Indictment in the above entitled case without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: July 15, 2015

_____
HON. MICHAEL M. ANELLO
United States District Judge